### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

JEFFREY L. SMITH                                                    PLAINTIFF

v.                              Civil No. 08-5253

WASHINGTON COUNTY DETENTION
CENTER; SHERIFF TIM HELDER;
MAJOR DENZER; CORPORATL EAST;
CORPORAL J. BLACK; CORPORAL FARBER;
LIEUTENANT MUGGY; CORPORAL MULVANEY;
JAILER C. PINEDA; JAILER GARDNER;
JAILER LAUDERMILK; and JAILER LONG                                 DEFENDANTS

### O R D E R

Now on this 24th day of April, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #5, filed March 31, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                        /s/Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE